**No. 09-10124. Ronald Henderson, aka Ronnie Henderson, Petitioner v. Al-**

exander & Baldwin, Inc., dba Hawaiian Commercial & Sugar Company, et al.

560 U.S. 968, 130 S. Ct. 3417, 177 L. Ed. 2d 329, 2010 U.S. LEXIS 4959.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 362 Fed. Appx. 594.